PITTA & GIBLIN LLP
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3890

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IRINA MORDUKHAYEV,

       Plaintiffs,

- against -

HILTON TIMES SQUARE, SUNSTONE HOTEL PROPERTIES INVESTORS, INC., HILTON HOTELS CORPORATION, FC42 HOTEL LLC, SUNSTONE 42ND STREET LLC, SUNSTONE 42ND STREET LESSEE, INC., SUNSTONE HOTEL PROPERTIE, INC. D/B/A HILTON TIMES SQUARE, SUNSTONE HOTEL OP, SECURE WATCH24 D/B/A SW24, SLAVKA KMEE, FOSTER BURNETT, ROCCO CASTELLANO, AND NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO (Union),

       Defendants.

Civil Action No. 11 Civ. 615

**NOTICE OF APPEARANCE**

---

  PLEASE TAKE NOTICE that on behalf of Defendant New York Hotel and Motel Trades Council, AFL-CIO ("Union"),, the undersigned attorney appears as co-counsel of record.

  PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the Union should be served upon the undersigned.

Dated: New York, New York
    February 10, 2011

               PITTA & GIBLIN LLP
               *Attorneys for Defendant New York Hotel*
               *and Motel Trades Council, AFL-CIO*

               By: _____
                 Michael J. D'Angelo
               120 Broadway, 28th Floor
               New York, New York 10022
               (212) 652-3890

{00520219.DOC /}