PITTA & GIBLIN LLP
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3890

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IRINA MORDUKHAYEV,

         Plaintiffs,

- against -

HILTON TIMES SQUARE, SUNSTONE HOTEL PROPERTIES INVESTORS, INC., HILTON HOTELS CORPORATION, FC42 HOTEL LLC, SUNSTONE 42ND STREET LLC, SUNSTONE 42ND STREET LESSEE, INC., SUNSTONE HOTEL PROPERTIE, INC. D/B/A HILTON TIMES SQUARE, SUNSTONE HOTEL OP, SECURE WATCH24 D/B/A SW24, SLAVKA KMEE, FOSTER BURNETT, ROCCO CASTELLANO, AND NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO (Union),

         Defendants.

Civil Action No. 11 Civ. 615

**NOTICE OF APPEARANCE**

---

 .PLEASE TAKE NOTICE that on behalf of Defendant New York Hotel and Motel Trades Council, AFL-CIO ("Union"),, the undersigned attorney appears as co-counsel of record.

 PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the Union should be served upon the undersigned.

Dated: New York, New York
    February 10, 2011

            PITTA & GIBLIN LLP
            *Attorneys for Defendant New York Hotel*
            *and Motel Trades Council, AFL-CIO*

            By: _____
              Barry Saltzman
            120 Broadway, 28th Floor
            New York, New York 10022
            (212) 652-3890

{00520220.DOC /}