

# LAW OFFICE OF FLORA RAINER, ESQ.
7234 73RD STREET
GLENDALE, NEW YORK 11385
(718) 644-0214
(718) 821-3407 - Fax
FloraEsq2@aol.com

Also Office at:
85-93 66th Avenue, 2nd Floor
Rego Park, New York 11374

\* Admitted in N.Y. & N.J.

(Via EFC)
HonorableJustice EriC N. Vitaliano
United States District Court
Eastern District of New York
25 Cadman Plaza East
Brooklyn, New York 11201

April 4, 2011

Re:  Irina Mordukhayeva vs. Hilton Times Square, et. al.
Case # CV-11-615 (E.D.N.Y.)(ENV)(CLP)

Dear Honorable Justice Eric N. Vitaliano:

   I requested a courtesy two week extension from the respective attorneys for each Defendant for the submission of my opposition to the Defendants' motions to dismiss the above mentioned action. I spoke to Alexis Gevanter of Seyfarth Shaw, Barry N. Saltzman at Pitta & Giblin, Jennifer Heitman of Wilson Elser, and they agreed to grant the two week extension for opposition briefs to be submitted by April 15th and the Reply briefs by April 29th (one of the parties requested two weeks for the reply as the attorney on the file was away on vacation).

   I ask that the Court likewise allow this two week extension from the initial April 1, 2011 date and mark it accordingly. I contacted your Chambers and I was informed that this letter would be sufficient for the extension.

Very truly yours,

*Flora Rainer*
Flora Rainer, Esq.

cc: Seyfarth Shaw LLP
Robert S. Whitman, Esq.
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Fax: (212) 218-5526

Pitta & Giblin LLP
Barry N. Saltzman, Esq.
120 Broadway, 28th Floor
New York, New York 10271
Fax: (212) 652-3891

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Att: Jennifer Heitman, Esq.
3 Gannett Drive
White Plains, New York 10604
Fax: (914) 323-7001