

PITTA & GIBLIN LLP
120 Broadway, 28th Floor
New York, NY 10271
212.652.3890
*Attorneys for Defendant*
*New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman
Vincent F. Pitta

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IRINA MORDUKHAYEV,

                Plaintiff,

    – against –

HILTON TIMES SQUARE, SUNSTONE HOTEL PROPERTIES INVESTORS, INC., HILTON HOTELS CORPORATION, FC42 HOTEL LLC, SUNSTONE 42ND STREET LLC, SUNSTONE 42ND STREET LESSEE, INC., SUNSTONE HOTEL PROPERTIES, INC. D/B/A HILTON TIMES SQUARE, SUNSTONE HOTEL OP, SECURE WATCH24 D/B/A SW24, SLAVKA KMEE, FOSTER BURNETT, ROCCO CASTELLANO, AND NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO (Union),

                Defendants.

Case No. CV-11-615 (ENV)(CLP)

**NOTICE OF MOTION OF THE NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO (UNION) FOR JUDGMENT ON THE PLEADINGS PURSUANT TO Fed. R. Civ. P. 12(c)**

(Served 3/18/11)

---

    PLEASE TAKE NOTICE that, upon the pleadings as attached to the accompanying Certification of Barry N. Saltzman, dated March 18, 2011, the accompanying memorandum of law dated March 18, 2011, and all prior proceedings had heretofore herein, defendant, NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO ("Union"), will move before the Honorable Eric N. Vitaliano, U.S.D.J., at the United States Courthouse, for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 for judgment on the

{00521261.DOC /}

pleadings pursuant to Fed. R. Civ. P. 12(c), dismissing plaintiff's claims against the Union in their entirety and with prejudice, and granting such further relief as the Court may deem just and proper. Oral argument will be on a date and time to be designated by the Court.

Dated: New York New York
       March 18, 2011

                            Respectfully submitted,

                            PITTA & GIBLIN, LLP
                            *Attorneys for Defendant*
                            *New York Hotel and Motel Trades Council,*
                            *AFL-CIO*

                            By: _/s/_
                            Barry N. Saltzman
                            120 Broadway, 28th Floor
                            New York, NY 10271
                            (212) 652-3890

TO:    Flora Rainer, Esq.
         Law Office of Flora Rainer, Esq.
         7234 73rd Street
         Glendale, NY 11385
         *Attorney for Plaintiff*

         Robert S. Whitman, Esq.
         Seyfarth Shaw LLP
         620 Eighth Avenue, 32nd Floor
         New York, NY 10018
         *Attorneys for "Sunstone Defendants"*

         Jennifer Heitman, Esq.
         Wilson Elser Moskowitz Edelman & Dicker LLP
         3 Gannett Drive
         White Plains, NY 10604
         *Attorneys for Defendant Secure Watch24*