PITTA & GIBLIN LLP
120 Broadway, 28th Floor
New York, NY 10271
212.652.3890
*Attorneys for Defendant*
*New York Hotel and Motel Trades Council, AFL-CIO*

Barry N. Saltzman
Vincent F. Pitta

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IRINA MORDUKHAYEV,

                Plaintiff,

– against –

HILTON TIMES SQUARE, SUNSTONE HOTEL PROPERTIES INVESTORS, INC., HILTON HOTELS CORPORATION, FC42 HOTEL LLC, SUNSTONE 42ND STREET LLC, SUNSTONE 42ND STREET LESSEE, INC., SUNSTONE HOTEL PROPERTIES, INC. D/B/A HILTON TIMES SQUARE, SUNSTONE HOTEL OP, SECURE WATCH24 D/B/A SW24, SLAVKA KMEE, FOSTER BURNETT, ROCCO CASTELLANO, AND NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO (Union),

                Defendants.

Case No. CV-11-615 (ENV)(CLP)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK      )
                                       S.S.:
COUNTY OF NEW YORK   )

    *LISA A. URIBE,* being duly sworn, deposes and says:

That deponent is not a party to the action is over eighteen years of age and resides in Queens, New York.

That on the 16th day of May, 2011 deponent served by first class mail and via email the within documents: **Reply Memorandum Of Law Of Defendant New York Hotel And Motel**

{00523742.DOC /}

Trades Council, AFL-CIO (Union) In Support Of Its Motion For Judgment On The Pleadings Pursuant To FRCP 12(c) upon:

Flora Rainer, Esq.
Law Offices of Flora Rainer, Esq.
7234  73rd Street
Glendale, NY  11385
*Attorney for Plaintiff*
Email: floraesq@aol.com

Robert S. Whitman, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY  10018
*Attorneys for "Sunstone Defendants*
Email: rwhitman@seyfarth.com

Jennifer Heitman, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY  10604
*Attorneys for Defendant Secure Watch24*
Email: Jennifer.heitman@wilsonelser.com

by enclosing true copies of referenced documents, in a securely sealed and post-paid envelope and causing it to be sent by regular first class mail to the recipients at the address set forth above.

*Lisa A. Uribe*

Sworn to before me this
16th day of May, 2011

Notary Public

DEBORAH J. BOBB
NOTARY PUBLIC, State of New York
No. 02BO4955367
Qualified in Queens County
Commission Expires Aug. 28, 2013

{00523742.DOC /}