UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                         :

IRINA MORDUKHAYEV,                         :

                                                                          : No. 1:11-cv-00615-ENV-CLP

                                 Plaintiff,           :

                                                                            :

             - against -                       :

                                                                           : **SUNSTONE DEFENDANTS'**
HILTON TIMES SQUARE, SUNSTONE HOTEL  : **NOTICE OF MOTION**
PROPERTIES INVESTORS, INC., HILTON       :
HOTELS CORPORATION, FC42 HOTEL LLC,    :
SUNSTONE 42ND STREET LLC, SUNSTONE     :
42ND STREET LESSEE, INC., SUNSTONE      :
HOTEL PROPERTIES, INC. d/b/a HILTON      :
TIMES SQUARE, SUNSTONE HOTEL OP,       :
SECURE WATCH24 d/b/a SW24, SLAVKA      :
KMEE, FOSTER BURNETT, ROCCO            :
CASTELLANO, and NEW YORK HOTEL AND   :
MOTEL TRADES COUNCIL, AFL-CIO (Union), :
                                                                            :
                                                    Defendants.  :
-----------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all the pleadings and proceedings herein, Defendants Sunstone Hotel Properties Investors, Inc., Sunstone 42nd Street LLC, Sunstone 42nd Street Lessee, Inc., Sunstone Hotel Properties, Inc. d/b/a/ Hilton Times Square, Sunstone Hotel OP, Slavka Kmec (incorrectly named as Slavka Kmee), and Foster Burnett (the "Sunstone Defendants"), by their undersigned counsel, will move this Court, at a date and time to be determined by the Court, before The Honorable Eric N. Vitaliano, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's Motion to Dismiss the Complaint, and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated:  New York, New York<br>           March 18, 2011 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>By:   /s/ *Robert S. Whitman*<br>         Robert S. Whitman<br>         Alexis N. Gevanter<br><br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>(212) 218-5500<br>rwhitman@seyfarth.com<br>agevanter@seyfarth.com<br><br>*Attorneys for the Sunstone Defendants* |

TO:   Flora Rainer
        Law Office of Flora Rainer, Esq.
        7234 73rd Street
        Glendale, New York 11385
        (718) 644-0214

        *Attorneys for Plaintiff*

        Jonathan M. Kozak
        Michael A. Jakowsky
        Jackson Lewis LLP
        One North Broadway, 15th Floor
        White Plains, NY 10601-2329
        (914) 328-0404

        *Attorneys for Hilton Hotels Corporation*

        Barry N. Saltzman
        Pitta & Giblin LLP
        120 Broadway, 28th Floor
        New York, New York 10271
        (212) 652-3827

        *Attorneys for New York Hotel and Motel Trades Council AFL-CIO*

Jennifer S. Heitman
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

*Attorneys for Secure Watch24*

Rocco Castellano
90 Stafford Ave
Staten Island, New York 10312

*Defendant*

13232578v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2011, I caused the foregoing Cover Letter, Sunstone Defendants' Notice of Motion, and Sunstone Defendants' Memorandum of Law in Support of Motion to Dismiss, to be served by federal express upon the following counsel of record:

>Flora Rainer
>Law Office of Flora Rainer, Esq.
>7234 73rd Street
>Glendale, New York 11385
>*Attorneys for Plaintiff*
>
>Barry N. Saltzman
>Pitta & Giblin LLP
>120 Broadway, 28th Floor
>New York, New York 10271
>*Attorneys for New York Hotel and Motel Trades Council AFL-CIO*
>
>Jennifer S. Heitman
>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>3 Gannett Drive
>White Plains, NY 10604
>*Attorneys for Secure Watch24*
>
>Rocco Castellano
>90 Stafford Ave
>Staten Island, New York 10312
>*Defendant*

>/s/ *Alexis N. Gevanter*
>Alexis N. Gevanter