UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                       :

IRINA MORDUKHAYEV,                   :

                           :   No. 1:11-cv-00615-ENV-CLP

               Plaintiff,    :

                           :

        - against -        :

                           :   **NOTICE OF APPEARANCE**

HILTON TIMES SQUARE, SUNSTONE HOTEL  :
PROPERTIES INVESTORS, INC., HILTON    :
HOTELS CORPORATION, FC42 HOTEL LLC,  :
SUNSTONE 42ND STREET LLC, SUNSTONE   :
42ND STREET LESSEE, INC., SUNSTONE    :
HOTEL PROPERTIES, INC. d/b/a HILTON    :
TIMES SQUARE, SUNSTONE HOTEL OP,    :
SECURE WATCH24 d/b/a SW24, SLAVKA   :
KMEE, FOSTER BURNETT, ROCCO        :
CASTELLANO, and NEW YORK HOTEL AND  :
MOTEL TRADES COUNCIL, AFL-CIO (Union),  :

                           :

              Defendants.  :
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Howard M. Wexler of the law firm Seyfarth Shaw LLP,

620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for

Defendants, Sunstone Hotel Properties Investors, Inc., Sunstone 42nd Street LLC, Sunstone 42nd

Street Lessee, Inc., Sunstone Hotel Properties, Inc. d/b/a/ Hilton Times Square, Sunstone Hotel

OP, Slavka Kmec (incorrectly named as Slavka Kmee), and Foster Burnett (collectively the

"Sunstone Defendants") in the above-captioned matter.

                                Respectfully submitted,

Dated:  New York, New York
       May 20, 2011                 SEYFARTH SHAW LLP

                                By:   s/Howard M. Wexler_____
                                   Howard M. Wexler (HW 2882)

                               620 Eighth Avenue, 32nd Floor
                               New York, New York 10018
                               (212) 218-5500
                               hwexler@seyfarth.com
                               *Attorneys for the Sunstone Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011, I electronically filed the foregoing Notice of

Appearance with the Clerk of the District Court using the CM/ECF system, which sent which

sent notification of such filing to all counsel of record.


                                        s/ Howard M. Wexler
                                        Howard M. Wexler


13389769v.1